UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. 2:12 cr 832 |
| v. | : |
| | : HON. D.M. CAVANAUGH U.S. |
| | : |
| MERCER S.M.E., INC., | : |
| | : |
| | : |
| Defendant. | : |

------------------------------------

## [PROPOSED] ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM NOTIFICATION PURSUANT TO 18 U.S.C. § 3771(d)(2)

On this date, the Court considered the Unopposed Motion to Authorize Alternative

Victim Notification Procedures Pursuant to 18 U.S.C. § 3771(d)(2), filed by the United States

Department of Justice, Antitrust Division. Having considered the Motion and for good cause

shown, the Court **GRANTS** the Motion and **ORDERS** that for any public court or parole

proceeding involving the crime, the Antitrust Division may provide reasonable, accurate, and

timely notice to crime victims through its website,

http://www.justice.gov/atr/victim/vrhearings.htm, rather than through individual notices to the

crime victims.

**IT IS SO ORDERED.**

**DATED** this 19th day of December, 2012.

HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE